# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-1326
_____

Nanette H. Cole; Bruce Cole

*Appellant*s

v.

Bruce Edwin Strauss

U.S. Trustee - *Appellee*

Escrow of the West, Inc.

*Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: July 18, 2018
Filed: July 30, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this adversary proceeding filed in the Chapter 7 involuntary bankruptcy case of debtor Mamtek US, Inc., Mamtek insiders Bruce Cole and Nanette Cole appeal from the judgment of the District Court[1] affirming orders of the Bankruptcy Court[2] that held the Coles in contempt and transferred the proceeds of the sale of their residence to the bankruptcy trustee.[3]  After de novo review, we conclude there was no error warranting reversal, and we affirm.  See Ritchie Special Credit Invs., Ltd. v. U.S. Trustee, 620 F.3d 847, 853 (8th Cir. 2010) (standard of review).

—————————————————

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

[2]The Honorable Dennis R. Dow, United States Bankruptcy Judge for the Western District of Missouri.

[3]We previously affirmed after the bankruptcy court granted the trustee's motion for partial summary judgment on claims seeking to avoid certain fraudulent and preferential transfers.  See Strauss v. Cole, 608 F. App'x 438 (8th Cir. 2015).